```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

HERMENEGILDO DELA CRUZ            §
                                  §
VS.                               §      ACTION NO. 4:16-CV-221-Y
                                  §
MEGAN J. BRENNAN                  §

<u>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
AND SETTING DEADLINE FOR PAYMENT OF FILING FEE</u>

On March 24, 2016, the United States Magistrate Judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis be denied. The magistrate judge gave the plaintiff until April 7, 2016, to file written objections to his decision. As of the date of this order, no objections have been received.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court. As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 3) is DENIED. If Plaintiff desires to pursue his claims in this cause, he shall pay the full filing fee to the clerk of this Court no later than April 22, 2016, or his claims will be dismissed without prejudice to their refiling.

SIGNED April 8, 2016.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/mdf